NVB 250B (Rev. 10/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>ANTHONY THOMAS and WENDI THOMAS ,<br>Debtor(s) | BK−14−50333−btb<br>CHAPTER 7<br><br>Adversary Proceeding: 17−05005−btb |
| JERI COPPA−KNUDSON<br>Plaintiff(s)<br><br>vs<br><br>KENNETH CONETTO<br>ESTATE OF ERIC KITCHEN<br>KIMBERLY KLOTZ<br>WAYNE CATLETT<br>SHERIFF OF SANTA CLARA COUNTY<br>Defendant(s) | SUMMONS AND<br>NOTICE OF SCHEDULING<br>CONFERENCE IN AN ADVERSARY<br>PROCEEDING<br><br>Hearing Date:  May 30, 2017<br>Hearing Time:  9:00 am |

**To each Defendant listed above, YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| |
|---|
| Address of the Clerk:<br><br>Clerk, U.S. Bankruptcy Court<br>300 Booth Street<br>Reno, NV 89509 |

NVB 250B (Rev. 10/14)

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
| --- |
| JEFFREY L HARTMAN<br>HARTMAN & HARTMAN<br>510 WEST PLUMB LANE, STE B<br>RENO, NV 89509<br>(775) 324−2800 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
| --- | --- |
| Hearing Date: | May 30, 2017 |
| Hearing Time: | 9:00 am |
| Hearing Location: | BTB RN−Courtroom 2, Young Bldg.<br>300 Booth Street<br>Reno, NV 89509 |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: February 15, 2017

*Mary A Schott*

Mary A. Schott
Clerk of Court

NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

ANTHONY THOMAS and WENDI THOMAS ,
_____
                Debtor(s)

BK−14−50333−btb
CHAPTER 7

Adversary Proceeding: 17−05005−btb

JERI COPPA−KNUDSON, et al,
_____
                Plaintiff(s)

vs

KENNETH CONETTO
ESTATE OF ERIC KITCHEN
KIMBERLY KLOTZ
WAYNE CATLETT
SHERIFF OF SANTA CLARA COUNTY, et al,
_____
                Defendant(s)

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date:  May 30, 2017
Hearing Time:  9:00 am

I, ___Stephanie Ittner_____, certify that I am at least 18 years old and not a party to the matter concerning
         (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint
along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made
on _____May 11, 2017_____
              (date)

by:

[X]    Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

       See the attached list

[ ]    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ]    Residence Service: By leaving the process with the following adult at:

[ ]    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
       addressed to the following officer of the defendant at:

[ ]    Publication: The defendant was served as follows: (Describe briefly)

[ ]    State Law: The defendant was served pursuant to the laws of the State of _____,
       as follows: (Describe briefly)                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: __May 11, 2017_____     Signature: __/S/ Stephanie Ittner_____

| | |
|---|---|
| Print Name: __Stephanie Ittner_____ | |
| Business Address:_____c/o Hartman & Hartman, 510 W. Plumb Lane, Suite B_____ | |
| City: _Reno_____ State: ___NV_____ Zip: __89509_____ | |

Kenneth Conetto

>   Dawna J. Cilluffo, Esq.
>   DC LAW
>   2005 De La Cruz Boulevard
>   Suite 215
>   Santa Clara, CA 95050

---

Estate of Eric Kitchen
c/o Megan Mills Kitchen
1630 NE Halley St.
Portland, OR 97232

---

Kimberly Klotz
4650 Links Village Drive
A305N
Port Orange, FL 32127

---

Wayne Catlett
1122 E. Mountain Drive
Santa Barbara, CA 93108-1119

Wayne Catlett
PO Box 5692
Santa Barbara, CA 93150-0647

Wayne Catlett
4998 San Marcos Court
Santa Barbara, CA 93111-2763

---

Sheriff of Santa Clara County

>   Cheryl A. Stevens
>   Deputy County Counsel
>   70 West Hedding Street
>   East Wing, 9th Floor
>   San Jose, CA 95110-1770