Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**                              **E-Filed 7/19/17**
510 West Plumb Lane, Suite B
Reno, Nevada  89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.    BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.    BK-N-14-50331-BTB (Jointly Administered) |
| AT EMERALD, LLC, | CHAPTER    7 |
| Debtors. | |
| _____/ | |
| JERI COPPA-KNUDSON, TRUSTEE, | ADV. PROC. NO. 17-05005-BTB |
| Plaintiff, | |
| vs. | **EX PARTE APPLICATION TO SERVE SUMMONS AND COMPLAINT BY PUBLICATION** |
| KENNETH CONETTO, ESTATE OF ERIC KITCHEN, KIMBERLY KLOTZ, WAYNE CATLETT and SHERIFF OF SANTA CLARA COUNTY, | **(No Hearing Required)** |
| Defendants. | |
| _____/ | |

Plaintiff Jeri Coppa-Knudson, chapter 7 trustee, asks the Court to enter an order

authorizing service on two individual defendants in accordance with F.R.Bankr.P. 7004(c).

The subject defendants are the Estate of Eric Kitchen and Kimberly Klotz.

Plaintiff's information is that Eric Kitchen's widow lives in Portland, Oregon and Ms. Klotz

resides in Port Orange, Florida.  Service by mail was accomplished on these defendants on

1    May 11, 2017.  The envelopes to Kitchen and Klotz were returned as undeliverable.

2         At issue in this adversary proceeding is an emerald currently in the custody of the

3    Santa Clara Sheriff.  The Sheriff requires an order of this Court permitting it to release the

4    emerald to the Trustee.  F.R.Bankr.P. 7004(c) states:

5         (c) Service by Publication. If a party to an adversary proceeding to determine
     or protect rights in property in the custody of the court cannot be served as
6         provided in Rule 4(e)–(j) F.R.Civ.P. or subdivision (b) of this rule, the court
     may order the summons and complaint to be served by mailing copies thereof
7         by first class mail, postage prepaid, to the party's last known address, and by
     at least one publication in such manner and form as the court may direct.

8

9         Publication should be permitted because the adversary proceeding places at issue the

10   rights of the parties to the emerald in custody of the Santa Clara, California Sheriff.  The

11   Trustee has already served by mail the parties at their last known addresses.

12        The Trustee requests permission to complete service by one publication in a

13   newspaper of general circulation in the town of the two defendants' (Kitchen and Klotz) last

14   known address.

15        DATED: July 19, 2017.

16                          **HARTMAN & HARTMAN**

17

18                          /S/ Jeffrey L. Hartman
                            Jeffrey L. Hartman, Esq.
19                          Attorney for Jeri Coppa-Knudson,
                            Plaintiff

20

21

22

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2

     I certify that I am an employee of Hartman & Hartman, and that on July 19, 2017, I

3

served via the ECF system a true copy of the within document, addressed to the following:

4

          JERI COPPA-KNUDSON
          renobktrustee@gmail.com, jcoppaknudson@ecf.epiqsystems.com

5

6

          JEFFREY L HARTMAN on behalf of Plaintiff JERI COPPA-KNUDSON
          notices@bankruptcyreno.com, sji@bankruptcyreno.com

7

     DATED: July 19, 2017.

8

9

                             /S/ Stephanie Ittner
                             Stephanie Ittner

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28