_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge



Entered on Docket
July 25, 2017

Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.   BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.   BK-N-14-50331-BTB (Jointly Administered) |
| AT EMERALD, LLC, | CHAPTER   7 |
| Debtors. | |
| _____/ | |
| JERI COPPA-KNUDSON, TRUSTEE, | ADV. PROC. NO. 17-05005-BTB |
| Plaintiff, | |
| vs. | **ORDER GRANTING EX PARTE APPLICATION, ALLOWING SERVICE OF SUMMONS AND COMPLAINT BY PUBLICATION** |
| KENNETH CONETTO, ESTATE OF ERIC KITCHEN, KIMBERLY KLOTZ, WAYNE CATLETT and SHERIFF OF SANTA CLARA COUNTY, | **(No Hearing Required)** |
| Defendants. | |
| _____/ | |

The Court has reviewed the Trustee's Ex Parte Application To Serve Summons And Complaint by Publication, and good cause appearing,

**IT IS HEREBY ORDERED** that the Application is granted, and that the Trustee is authorized to serve defendants Estate of Eric Kitchen and Kimberly Klotz in accordance with F.R.Bankr.P. 7004(c), by service of summons and complaint at their last known addresses, which has been accomplished, and by one publication of the summons of each defendant in a newspaper of general circulation in the Portland, Oregon area for Estate of Eric Kitchen, and the Port Orange, Florida area for Kimberly Klotz.

Submitted by:

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Jeri Coppa-Knudson,
Plaintiff

# # # #