NVB 250B (Rev. 10/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−14−50333−btb |
| | CHAPTER 7 |
| ANTHONY THOMAS and WENDI THOMAS, Debtor(s) | |
| | Adversary Proceeding: 17−05005−btb |
| JERI COPPA−KNUDSON  Plaintiff(s) | SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING |
| vs | |
| KENNETH CONETTO  ESTATE OF ERIC KITCHEN  KIMBERLY KLOTZ  WAYNE CATLETT  SHERIFF OF SANTA CLARA COUNTY  Defendant(s) | Hearing Date:  November 14, 2017  Hearing Time:  9:00 AM |

**To each Defendant listed above, YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of the Clerk:

Clerk, U.S. Bankruptcy Court
300 Booth Street
Reno, NV 89509

NVB 250B (Rev. 10/14)

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
| --- |
| JEFFREY L HARTMAN<br>HARTMAN & HARTMAN<br>510 WEST PLUMB LANE, STE B<br>RENO, NV 89509<br>(775) 324−2800 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
| --- | --- |
| Hearing Date: | November 14, 2017 |
| Hearing Time: | 9:00 AM |
| Hearing Location: | BTB RN−Courtroom 2, Young Bldg.<br>300 Booth Street<br>Reno, NV 89509 |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: June 28, 2017

Mary A. Schott
Clerk of Court

NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

| | |
|---|---|
| IN RE: | BK−14−50333−btb |
| ANTHONY THOMAS and WENDI THOMAS, | CHAPTER 7 |
| Debtor(s) | |
| | Adversary Proceeding: 17−05005−btb |
| JERI COPPA−KNUDSON, et al, | COMPLAINT, SUMMONS |
| Plaintiff(s) | STANDARD DISCOVERY PLAN AND |
| | SCHEDULING ORDER PACKET |
| vs | |
| | Hearing Date:  November 14, 2017 |
| KENNETH CONETTO | Hearing Time:  9:00 AM |
| ESTATE OF ERIC KITCHEN | |
| KIMBERLY KLOTZ | |
| WAYNE CATLETT | |
| SHERIFF OF SANTA CLARA COUNTY, et al, | |
| Defendant(s) | |

I, __Stephanie Ittner_____, certify that I am at least 18 years old and not a party to the matter concerning
         (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on __Kimberly Klotz_____
         (date)

by:

☐   Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☒   Publication: The defendant was served as follows: (Describe briefly)
      Publication in The News Journal, a newspaper published at Daytona Beach, Florida, the closest newspaper to the address last known to Plaintiff for Defendant   (proof is attached.)

☐   State Law: The defendant was served pursuant to the laws of the State of _____,
      as follows: (Describe briefly)                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  October 4, 2017                         Signature:  /S/ Stephanie Ittner

Print Name:    Stephanie Ittner

Business Address:  Hartman & Hartman, 510 W. Plumb Lane, Suite B

City:  Reno                State:   NV            Zip:  89509

# THE NEWS-JOURNAL

Published Daily and Sunday
Daytona Beach, Volusia County, Florida

**State of Florida,
County of Volusia**

Before the undersigned authority personally appeared

### Cynthia Anderson

who, on oath says that she is .......................................

### LEGAL COORDINATOR

of The News-Journal, a daily and Sunday newspaper, published at Daytona Beach in Volusia County, Florida; the attached copy of advertisement, being a .........................................

### PUBLIC NOTICE

### L 2261469

in the Court,
was published in said newspaper in the issues............

### SEPTEMBER 20, 2017

Affiant further says that The News-Journal is a newspaper published at Daytona Beach, in said Volusia County, Florida, and that the said newspaper has heretofore been continuously published in said Volusia County, Florida, each day and Sunday and has been entered as second-class mail matter at the post office in Daytona Beach, in said Volusia County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper

*Cynthia Anderson*

Sworn to and subscribed before me

This 20TH of SEPTEMBER

A.D. 2017

*Deborah Lynn Keesee*

49D

---

UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA BK-14-50333-btb CHAPTER 7 Adversary Proceeding: 17-05005-btb
IN RE:
ANTHONY THOMAS and WENDI THOMAS,
Debtor(s)
JERI COPPA-KNUDSON
Plaintiff(s)
vs.
KENNETH CONETTO
ESTATE OF ERIC KITCHEN
KIMBERLY KLOTZ
WAYNE CATLETT
SHERIFF OF SANTA CLARA COUNTY
Defendant(s).
**SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING**
Hearing Date: November 14, 2017
Hearing Time: 9:00 AM
To each Defendant listed above, YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.
Address of the Clerk:
  Clerk, U.S. Bankruptcy Court
  300 Booth Street
  Reno, NV 89509
L2261469. Sep. 20, 2017 1t



DEBORAH LYNN KEESEE
Notary Public - State of Florida
Commission # GG 115276
My Comm. Expires Jul 15, 2021
Bonded through National Notary Assn.