NVB 250B (Rev. 10/14)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−14−50333−btb <br> CHAPTER 7 |
| ANTHONY THOMAS and WENDI THOMAS , <br> Debtor(s) | |
| | Adversary Proceeding: 17−05005−btb |
| JERI COPPA−KNUDSON <br> Plaintiff(s) | SUMMONS AND <br> NOTICE OF SCHEDULING <br> CONFERENCE IN AN ADVERSARY <br> PROCEEDING |
| vs | |
| KENNETH CONETTO <br> ESTATE OF ERIC KITCHEN <br> KIMBERLY KLOTZ <br> WAYNE CATLETT <br> SHERIFF OF SANTA CLARA COUNTY <br> Defendant(s) | Hearing Date:  November 14, 2017 <br> Hearing Time:  9:00 AM |

**To each Defendant listed above, YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of the Clerk:

Clerk, U.S. Bankruptcy Court
300 Booth Street
Reno, NV 89509

NVB 250B (Rev. 10/14)

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
|---|
| JEFFREY L HARTMAN<br>HARTMAN & HARTMAN<br>510 WEST PLUMB LANE, STE B<br>RENO, NV 89509<br>(775) 324−2800 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Hearing Date: | November 14, 2017 |
| Hearing Time: | 9:00 AM |
| Hearing Location: | BTB RN−Courtroom 2, Young Bldg.<br>300 Booth Street<br>Reno, NV 89509 |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: June 28, 2017

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court

NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

| | |
|---|---|
| IN RE: | BK−14−50333−btb |
| ANTHONY THOMAS and WENDI THOMAS , | CHAPTER 7 |
| Debtor(s) | |
| | Adversary Proceeding: 17−05005−btb |
| JERI COPPA−KNUDSON, et al, | COMPLAINT, SUMMONS |
| Plaintiff(s) | STANDARD DISCOVERY PLAN AND |
| | SCHEDULING ORDER PACKET |
| vs | |
| | Hearing Date:  November 14, 2017 |
| KENNETH CONETTO | Hearing Time:  9:00 AM |
| ESTATE OF ERIC KITCHEN | |
| KIMBERLY KLOTZ | |
| WAYNE CATLETT | |
| SHERIFF OF SANTA CLARA COUNTY, et al, | |
| Defendant(s) | |

I, __Stephanie Ittner__, certify that I am at least 18 years old and not a party to the matter concerning
         (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on __on September 21, 2017 on__ Defendant Estate of Eric Kitchen
         (date)

by:

☐    Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☒    Publication: The defendant was served as follows: (Describe briefly)
         Publication in the Portland Tribune, a newspaper published in Portland, Oregon, the newspaper closest to the address last known to Plaintiff for Defendant (proof is attached).

☐    State Law: The defendant was served pursuant to the laws of the State of _____,
     as follows: (Describe briefly)                                                  (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 4, 2017                                    Signature: /S/ Stephanie Ittner

Print Name:    Stephanie Ittner

Business Address:  Hartman & Hartman, 510 W. Plumb Lane, Suite B

City:  Reno            State:  NV            Zip:  89509

# Portland Tribune

6605 SE Lake Road, Portland, OR 97222
PO Box 22109 • Portland, OR 97269
Phone: 503-684-0360 Fax: 503-620-3433
E-mail: legals@commnewspapers.com

## AFFIDAVIT OF PUBLICATION

State of Oregon, County of Multnomah, SS
I, Charlotte Allsop, being the first duly sworn, depose and say that I am the Accounting Manager of **The Portland Tribune and Gresham Outlook**, a newspaper of general circulation, published in Portland, in the aforesaid county and state, as defined by ORS 193.010 and 193.020, that

**Hartman & Hartman
Summons and Notice of Scheduling
Conference in an Adversary Proceeding
PT15917983**

A copy of which is hereto annexed, was published in the entire issue of said newspaper for
**1**
week in the following issue:
**September 21, 2017**

*Charlotte Allsop*
Charlotte Allsop (Accounting Manager)

Subscribed and sworn to before me this September 21, 2017.

NOTARY PUBLIC FOR OREGON

Acct #16339793
Attn: Stephanie Ittner
Hartman & Hartman
510 West Plumb Lane, Suite B
Reno NV 89509

Size: 2 x 6.06"
Amount Due: $181.92*
*DO NOT PAY. Paid in full by check #12262.



OFFICIAL STAMP
SHERRYL R ANDERSON
NOTARY PUBLIC - OREGON
COMMISSION NO. 953783
MY COMMISSION EXPIRES AUGUST 25, 2020



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:                                             BK-14-50333-btb
ANTHONY THOMAS and WENDI THOMAS,       CHAPTER 7
                       Debtor(s)
                                                   Adversary Proceeding: 17-05005-btb

JERI COPPA-KNUDSON                        SUMMONS AND
                Plaintiff(s)              NOTICE OF SCHEDULING
                                          CONFERENCE IN AN ADVERSARY
vs                                        PROCEEDING

KENNETH CONETTO                           Hearing Date: November 14, 2017
ESTATE OF ERIC KITCHEN                    Hearing Time: 9:00 AM
KIMBERLY KLOTZ
WAYNE CATLETT
SHERIFF OF SANTA CLARA COUNTY
                      Defendant(s)

To each Defendant listed above, YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of the Clerk:
            Clerk, U.S. Bankruptcy Court
            300 Booth Street
            Reno, NV 89509

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.
Name and Address of Plaintiff's Attorney:
            JEFFREY L HARTMAN
            HARTMAN & HARTMAN
            510 WEST PLUMB LANE, STE B
            RENO, NV 89509
            (775) 324-2800

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

Hearing Date:     November 14, 2017
Hearing Time:     9:00 AM
Hearing Location: BTB RN–Courtroom 2, Young Bldg.
                  300 Booth Street
                  Reno, NV 89509

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: June 28, 2017

                                          Mary A. Schott
                                          Mary A. Schott
                                          Clerk of Court

Publish 09/21/2017.                                            PT15917983