Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada  89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.    BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.    BK-N-14-50331-BTB (Jointly Administered) |
| AT EMERALD, LLC, | CHAPTER    7 |
| Debtors. / | |
| JERI COPPA-KNUDSON, TRUSTEE, | ADV. PROC. NO. 17-05005-BTB |
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO TAKE DEFAULT** |
| KENNETH CONETTO, ESTATE OF ERIC KITCHEN, KIMBERLY KLOTZ, WAYNE CATLETT and SHERIFF OF SANTA CLARA COUNTY, | Adv. Scheduling Conf. Date: Nov. 14, 2017 Time: 9:00 a.m. |
| Defendants. / | |

**To Defendants:**    Estate of Eric Kitchen
                                Kimberly Klotz
                                Wayne Catlett

Defendant Estate of Eric Kitchen, (c/o Megan Kitchen), you were served by mail with the summons and complaint on May 11, 2017.  That mail was returned by the postal service as undeliverable.  Subsequently Plaintiff received permission of the Court to publish summons in a newspaper whose circulation includes the area believed to be your last known address.  The summons was published in The Portland Tribune in Daytona Beach, Florida,

on September 21, 2017.

Defendant Kimberly Klotz, you were served by mail with the summons and complaint on May 11, 2017. That mail was returned by the postal service as undeliverable. Subsequently Plaintiff received permission of the Court to publish summons in a newspaper whose circulation includes the area believed to be your last known address. The summons was published in The News Journal in Daytona Beach, Florida, on September 20, 2017.

Defendant Wayne Catlett, you were served with summons and complaint in this adversary proceeding by mail on May 11, 2017. You have failed to answer or otherwise plead in response to the complaint.

**NOTICE IS HEREBY GIVEN** that Plaintiff will take your default if an answer or other pleading is not filed and served upon counsel for Plaintiff by December 20, 2017.

DATED: December 7, 2017.

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Jeri Coppa-Knudson,
Plaintiff

CERTIFICATE OF SERVICE

I certify that I am an employee of Hartman & Hartman, and that on this date I caused to be served a copy of the within document upon:

Wayne Catlett
PO Box 5692
Santa Barbara, CA 93150-0647

DATED: December 7, 2017.

/S/ Stephanie Ittner
Stephanie Ittner