Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | CASE NO.   BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.   BK-N-14-50331-BTB (Jointly Administered) |
| AT EMERALD, LLC, | CHAPTER   7 |
| Debtors. | |
| _____/ | |
| JERI COPPA-KNUDSON, TRUSTEE, | ADV. PROC. NO. 17-05005-BTB |
| Plaintiff, | |
| vs. | **REQUEST FOR ENTRY OF DEFAULT PURSUANT TO F.R.CIV.P. 55 AND F.R.BANKR.P. 7055** |
| KENNETH CONETTO, ESTATE OF ERIC KITCHEN, KIMBERLY KLOTZ, WAYNE CATLETT and SHERIFF OF SANTA CLARA COUNTY, | Hearing Date: N/A Hearing Time: |
| Defendants. | |
| _____/ | |

Plaintiff Jeri Coppa-Knudson, in her capacity as Chapter 7 Trustee of the above referenced bankruptcy estates, and as Plaintiff in this adversary proceeding, hereby requests entry of a default pursuant to F.R.Civ.P. 55 and F.R.Bankr.P. 7055. Defendants, the Estate of Eric Kitchen, Kimberly Klotz and Wayne Catlett ("Catlett"), have failed to answer or otherwise plead after service by publication, and Catlett having been served with the Plaintiff's Notice Of Intent To Take Default Judgment, **Adv. DE 20**, on December 7, 2017.

///

1  This Request is supported by the separately filed Declaration of Jeffrey Hartman.

2  DATED:  February 1, 2018.

3                                                        **HARTMAN & HARTMAN**

5                                                        /S/ Jeffrey L. Hartman
                                                         Jeffrey L. Hartman, Esq.
6                                                        Attorney for Jeri Coppa-Knudson,
                                                         Plaintiff

8                              **CERTIFICATE OF SERVICE**

9  I certify that I am an employee of Hartman & Hartman, and that on this date I caused

10 to be served a copy of the within document upon:

11  Wayne Catlett
    PO Box 5692
12  Santa Barbara, CA 93150-0647

13  DATED:  February 1, 2018.

15                                                       /S/ Stephanie Ittner
                                                         Stephanie Ittner

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

2