NVB 2600 (Rev. 1/16)

*Mary A. Schott*

Mary A. Schott
Clerk of Court



Entered on Docket
February 01, 2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re ANTHONY THOMAS and WENDY THOMAS, AT EMERALD, LLC,

Debtor(s)

JERI COPPA-KNUDSON

Plaintiff

v.

KENNETH CONETTO, ESTATE OF ERIC KITCHEN, KIMBERLY KLOTZ, WAYNE CATLETT, SHERIFF OF SANTA CLARA COUNTY,

Defendant

BK- N-14-50333-BTB
N-14-50331-BTB
Chapter 7

(Jointly Administered)

Adversary Proceeding: 17-5005-BTB

**ENTRY OF DEFAULT**

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:
> ESTATE OF ERIC KITCHEN,
> KIMBERLY KLOTZ, AND WAYNE CATLETT

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.