|  |  |
|---|---|
| 1 | Jeffrey L. Hartman, Esq., #1607 |
|   | **HARTMAN & HARTMAN** |
| 2 | 510 West Plumb Lane, Suite B |
|   | Reno, Nevada  89509 |
| 3 | Telephone: (775) 324-2800 |
|   | Telecopier: (775) 324-1818 |
| 4 | notices@bankruptcyreno.com |
| 5 | Attorney for Jeri Coppa-Knudson, Trustee |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| IN RE: | CASE NO.    BK-N-14-50333-BTB |
|---|---|
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.    BK-N-14-50331-BTB (Jointly Administered) |
| AT EMERALD, LLC, | CHAPTER    7 |
| Debtors. | |
| _____/ | |
| JERI COPPA-KNUDSON, TRUSTEE, | ADV. PROC. NO. 17-05005-BTB |
| Plaintiff, | |
| vs. | **DECLARATION OF JEFFREY HARTMAN IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT PURSUANT TO F.R.CIV.P. 55 AND F.R.BANKR.P. 7055** |
| KENNETH CONETTO, ESTATE OF ERIC KITCHEN, KIMBERLY KLOTZ, WAYNE CATLETT and SHERIFF OF SANTA CLARA COUNTY, | |
| Defendants. | Hearing Date:    September 19, 2018 |
|   | Hearing Time:    10:00 a.m. |
| _____/ | |

Jeffrey L. Hartman, under penalty of perjury of the laws of the United States, declares:

1. I am an attorney in good standing with the State Bar of Nevada and am admitted to practice in the this Court.

2. I have personal knowledge of the matters stated herein.

3. I represent Chapter 7 Trustee Jeri Coppa-Knudson, Plaintiff.

4. I filed this adversary proceeding on February 14, 2017 naming Kenneth Conetto,

Estate of Eric Kitchen, Kimberly Klotz, Wayne Catlett and Sheriff of Santa Clara County as the Defendants.  The Summons was issued on February 15, 2017 and together with the Complaint, was served on Defendants by mail on May 11, 2017 as permitted by F.R.Bankr.P. 7004(b) and (e).  **Executed Summons, Adv. DE 10, filed with the Court on May 11, 2017**.

5. Two of the packages mailed to Wayne Catlett were returned as undeliverable; the third, mailed to a post office box, was not.

6. Because the information regarding the location of Defendants Estate of Eric Kitchen and Kimberly Klotz was outdated, summons was published in the areas of a last known address.  **Adv. DE 18, 19**.  Plaintiff has no current mailing address for Defendants Estate of Eric Kitchen and Kimberly Klotz.

7. On December 7, 2017, I filed a Notice Of Intent To Take Default.  **Adv. DE 20**. The Notice Of Intent To Take Default which includes a Certificate of Service for mailing only to Wayne Catlett, provided that Defendants had until December 20, 2017 to answer or otherwise respond.

8. To date, no Defendant has responded to the Notice Of Intent To Take Default.

9. I have attempted to conduct a search of the Service members Civil Relief Act website to determine whether Wayne Catlett, Megan Kitchen and Kimberly Klotz are active members of the military. Without any Social Security Number or date of birth, I have been unable to conduct the proper search at www.dmdc.osd.mil/appj/scra/single_record.xhtml.

8. Based on information provided to me by Plaintiff, I believe no Defendant herein is an infant, and there is no factual evidence known to me to support an opinion that any defendant is incompetent.

DATED:  August 9, 2018.

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.

<u>CERTIFICATE OF SERVICE</u>

I certify that I am an employee of Hartman & Hartman, and that on this date I caused to be served a copy of the within document upon:

Wayne Catlett
PO Box 5692
Santa Barbara, CA 93150-0647

Further, I emailed a copy of this document to Anthony Thomas at his requested email address, ATEmerald@gmail.com.

DATED: August 9, 2018.

/S/ Stephanie Ittner
Stephanie Ittner

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

3