

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
September 21, 2018

Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.   BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.   BK-N-14-50331-BTB (Jointly Administered) |
| AT EMERALD, LLC, | CHAPTER   7 |
| Debtors. / | |
| JERI COPPA-KNUDSON, TRUSTEE, | ADV. PROC. NO. 17-05005-BTB |
| Plaintiff, | |
| vs. | **FINDINGS OF FACT, CONCLUSIONS OF LAW RE: DEFAULT JUDGMENT** |
| KENNETH CONETTO, ESTATE OF ERIC KITCHEN, KIMBERLY KLOTZ, WAYNE CATLETT and SHERIFF OF SANTA CLARA COUNTY, | Hearing Date:  September 19, 2018 Hearing Time:  10:00 a.m. |
| Defendants. / | |

      The matter came before the Court on Plaintiff's Motion For Entry of Default Judgment.  **Adv. DE 24**.  Jeffrey Hartman appeared for Plaintiff Jeri Coppa-Knudson.  Other appearances, if any, were noted on the record.  Based upon the record, and as permitted by F.R.Civ.P. 52, incorporated by F.R.Bankr.P. 7052 and made applicable to this proceeding by F.R.Bankr.P. 9014(c), in lieu of written findings of fact and conclusions of law, the Court stated its findings of fact and conclusions of law on the record.  In addition, the Court makes the following specific findings of fact and conclusions of law:

      1.    This adversary proceeding was filed on February 14, 2017.  The adversary requests two forms of relief.  The first is for a declaratory determination that Defendants Estate of Eric Kitchen, Kimberly Klotz and Wayne Catlett have no legal or equitable claim to personal property described in the adversary as the "Santa Clara Emerald", currently in the custody of the Santa Clara Sheriff in Santa Clara, California.

      2.    Summonses were issued on February 15, 2017 and served on the Defendants.  **Adv. DE 9**.

      3.    On July 19, 2017, Plaintiff filed her Ex Parte Application To Allow Service of the Summonses and Complaint on Defendants Estate of Eric Kitchen and Kimberly Klotz by Publication.  **Adv. DE 16**.

      4.    On July 25, 2017, the Court entered its Order permitting service by publication.  **Adv. DE 17**.

      5.    Alias summonses were issued for Defendants Kimberly Klotz and Estate of Eric Kitchen and notice was provided by publication. **Adv. DE 18 and 19**.

      6.    On December 7, 2017, Plaintiff filed her Notice and her Request For Default against Defendant Estate of Eric Kitchen, Defendant Kimberly Klotz and Defendant Wayne Catlett, together with the Declaration of Jeffrey Hartman in support thereof.  **Adv. DE 20, 21 and 22**.

      7.    On February 1, 2018, the Clerk entered Default against Defendant Estate of Eric Kitchen, Defendant Kimberly Klotz and Defendant Wayne Catlett.  **Adv. DE 23**.

///

8. On August 9, 2018, Plaintiff filed her Motion For Default Judgment against Defendant Estate of Eric Kitchen, Defendant Kimberly Klotz and Defendant Wayne Catlett, the Declaration of Jeffrey Hartman in support thereof and the Notice of Hearing. **Adv. DE 24, 25 and 26**.

9. The Court finds and concludes that Defendants Estate of Eric Kitchen, Defendant Kimberly Klotz and Defendant Wayne Catlett have been properly noticed of the proceedings in this matter, and have failed to appear.

10. The Court finds and concludes that Plaintiff has fully complied with the Local Procedure for Obtaining Default Judgments.

Submitted by:

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Jeri Coppa-Knudson, Plaintiff

####

Hartman & Hartman
510 West Plumb Lane, Ste. B
Reno, Nevada 89509
(775) 324-2800

3