

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
September 26, 2018

Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada  89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.    BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.    BK-N-14-50331-BTB (Jointly Administered) |
| AT EMERALD, LLC, | CHAPTER    7 |
| Debtors. | |
| _____/ | |
| JERI COPPA-KNUDSON, TRUSTEE, | ADV. PROC. NO. 17-05005-BTB |
| Plaintiff, | |
| vs. | **JUDGMENT AND ORDER DIRECTING TURNOVER** |
| KENNETH CONETTO, ESTATE OF ERIC KITCHEN, KIMBERLY KLOTZ, WAYNE CATLETT and SHERIFF OF SANTA CLARA COUNTY, | Hearing Date:  September 19, 2018 Hearing Time:  10:00 a.m. |
| Defendants. | |
| _____/ | |

The matter came before the Court on Plaintiff's Motion For Entry of Default Judgment. **Adv. DE 24**. The Court has entered separate findings of fact and conclusions of law. **Adv. DE 28**.

Declaratory Judgment is entered against Defendants Estate of Eric Kitchen, Kimberly Klotz and Wayne Catlett determining they have no legal or equitable claim to the Santa Clara Emerald. Judgment in favor of Plaintiff is entered directing the Santa Clara Sheriff to turnover and deliver custody and control of the Santa Clara Emerald to Plaintiff for the benefit of the Thomas and the AT Emerald chapter 7 estates.

Submitted by:

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq.
Attorney for Jeri Coppa-Knudson, Plaintiff

####

**ALTERNATIVE METHOD Re: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_   The court has waived the requirement set forth in LR 9021(b)(1).

<u>  X  </u>   No party appeared at the hearing or filed an objection to the paper.

\_\_\_\_\_   I have delivered a copy of the proposed order to all counsel who appeared at the hearing, any trustee appointed in this case and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below.

*Debtor:*

<u>  X  </u>   Not a party

\_\_\_\_\_   Waived the right to review the order and/or

\_\_\_\_\_   Appeared at the hearing, waived the right to review the order

\_\_\_\_\_   Matter unopposed, did not appear at the hearing, waived the right to review the order

\_\_\_\_\_   Disapproved the form of this order

\_\_\_\_\_   Did not respond to the paper

*Trustee Plaintiff:*

<u>  X  </u>   Approved the form of this order

\_\_\_\_\_   Disapproved the form of this order

\_\_\_\_\_   Waived the right to review the order and/or

\_\_\_\_\_   Did not respond to the paper

\_\_\_\_\_   Did not appear at the hearing or object to the paper

\_\_\_\_\_   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman