NVB IA-11-2Adv (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
PHILLIP K. WANG (Calif. SBN 186712)
RIMON, P.C.- One Embarcadero Center, Suite 400
San Francisco, California 94111
Email: phillip.wang@rimonlaw.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: ) BK-14-50333-btb  LEAD
) BK-14-50031-btb
ANTHONY THOMAS, WENDY THOMAS )
AT EMERALD, LLC ) CHAPTER 7
      JOINT Debtor. )
) Adversary Proceeding: 17-05005
Plaintiff )
JERI COPPA-KNUDSON, TRUSTEE ) VERIFIED PETITION FOR
) PERMISSION TO PRACTICE IN THIS
v. ) CASE ONLY BY ATTORNEY NOT
) ADMITTED TO THE BAR OF THIS
) COURT
Defendant(s) )
KENNETH CONETTO, et al. )
) **EFFECTIVE JANUARY 1, 2015**
) **FILING FEE IS $250.00**

PHILLIP WANG, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Burlingame, California.

2. That Petitioner is an attorney at law and a member of the law firm of RIMON P.C., with offices at One Embarcadero Ctr #400 San Francisco, Silicon Valley and other locations outside of Nevada.

_____

_____,_____,_____

3. That Petitioner has been retained personally or as a member of the law firm by <u>Sheriff of County of Santa Clara</u> to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since <u>1996</u>, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>California</u> where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.

|  | Date Admitted |
|---|---|
| State Bar of California | 12/11/1996 |
| Northern District of California | 12/18/1998 |
| Ninth Circuit | 7/24/1998 |
| Central District of California | 2/8/2001 |
| Eastern District of California | 1/12/2000 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:

<u>Not applicable.</u>
_____
_____
_____
_____.

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission):

Not applicable.
_____
_____
_____.

8. That Petitioner is a member of good standing in the following Bar Associations:
State Bar of California
_____
_____
_____.

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in

this jurisdiction and that the client has consented to such representation.

DATED: 3/5/19

_____
Petitioner's Signature

STATE OF CALIFORNIA )
                    )
COUNTY OF SAN MATEO )

__Phillip Wang__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to me before this

_____ day of _____, _____.

_____Notary public

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA   COUNTY OF SAN MATEO
Subscribed and sworn to (or affirmed) before me on this 5ᵗ day of MARCH, 20 19 by PHILLIP WANG
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Shalini Kalra
(Signature of Notary)

SHALINI KALRA
Notary Public - California
San Mateo County
Commission # 2254962
My Comm. Expires Aug 19, 2022

4