NVB 10–2(a) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: <br><br> ANTHONY THOMAS and WENDI THOMAS, <br> Debtor(s) | BK–14–50333–gs <br> CHAPTER 7 <br><br> Adversary Proceeding: 17–05005–gs |
| JERI COPPA–KNUDSON, et al, <br> Plaintiff(s) <br><br> vs <br><br> KENNETH CONETTO, et al, <br> Defendant(s) | ORDER GRANTING <br> VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by PHILLIP WANG is **GRANTED**.

Dated: 3/25/19

*Mary A Schott*

Mary A. Schott
Clerk of Court