```
                         United States Bankruptcy Court
                                District of Nevada
COPPA-KNUDSON,
         Plaintiff                                        Adv. Proc. No. 17-05005-gs
CONETTO,
         Defendant
                            CERTIFICATE OF NOTICE
District/off: 0978-3        User: youngbloo          Page 1 of 1         Date Rcvd: Mar 25, 2019
                            Form ID: ovpap           Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.
ust          +JARED A DAY,   OFFICE OF THE U.S. TRUSTEE,   300 BOOTH STREET, #3009,   RENO, NV 89509-1362

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Mar 26 2019 02:46:14     ANTONIA G DARLING,
               300 LAS VEGAS BLVD., SO. #4300,   LAS VEGAS, NV 89101-5803
ust          +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Mar 26 2019 02:46:15     DONNA LEE JENSEN,
               OFFICE OF THE UNITED STATES TRUSTEE,   235 PINE STREET, STE 700,
               SAN FRANCISCO, CA 94104-3484
ust          +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Mar 26 2019 02:46:14     NICHOLAS STROZZA,
               300 BOOTH ST RM 3009,   RENO, NV 89509-1362
ust          +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Mar 26 2019 02:46:15     TRACY HOPE DAVIS,
               OFFICE OF THE U.S. TRUSTEE,   235 PINE ST #700,   SAN FRANCISCO, CA 94104-2745
ust          +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Mar 26 2019 02:46:14     WILLIAM B COSSITT,
               U.S. TRUSTEE'S OFFICE,   300 BOOTH ST, #3009,   RENO, NV 89509-1360
                                                                                             TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:
              JEFFREY L HARTMAN    on behalf of Plaintiff JERI   COPPA-KNUDSON notices@bankruptcyreno.com,
               abg@bankruptcyreno.com
              JERI   COPPA-KNUDSON    renobktrustee@gmail.com,  jcoppaknudson@ecf.axosfs.com
              LOUIS M. BUBALA, III    on behalf of Defendant   SHERIFF OF SANTA CLARA COUNTY lbubala@kcnvlaw.com,
               mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com
              PHILLIP K. WANG    on behalf of Defendant   SHERIFF OF SANTA CLARA COUNTY
               phillip.wang@rimonlaw.com,  tad.prizant@rimonlaw.com
                                                                                             TOTAL: 4

NVB 10–2(a) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

ANTHONY THOMAS and WENDI THOMAS ,
                Debtor(s)

BK–14–50333–gs
CHAPTER 7

Adversary Proceeding: 17–05005–gs

JERI COPPA–KNUDSON, et al,
                Plaintiff(s)

ORDER GRANTING
VERIFIED PETITION

vs

KENNETH CONETTO, et al,
                Defendant(s)

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by PHILLIP WANG is **GRANTED**.

Dated: 3/25/19

*Mary A Schott*

Mary A. Schott
Clerk of Court