LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: 775.852.3900
Facsimile: 775.327.2011
Email: lbubala@kcnvlaw.com

Phillip K. Wang (SBN 186712)
RIMON, P.C.
One Embarcadero Center, Suite 400
San Francisco, California 94111
Telephone: (415) 968-2002
Facsimile: (415) 968-2002
Email: phillip.wang@rimonlaw.com

Attorneys for Defendant
SHERIFF OF COUNTY OF SANTA CLARA

*Electronically Filed*
*April 3, 2019*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>ANTHONY THOMAS and WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br>Debtors. | Case No. BK-N-14-50333-gs (LEAD)<br><br>Case No. BK-N-14-50331-gs<br>(Jointly Administered)<br><br>Chapter 7 |
| JERI COPPA-KNUDSON, TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH CONETTO, ESTATE OF ERIC KITCHEN, KIMBERLY KLOTZ, WAYNE CATLETT and SHERIFF OF SANTA CLARA COUNTY,<br><br>Defendants. | Adv. Proc. No. 17-05005-gs<br><br>**AMENDED NOTICE OF HEARING ON MOTION TO SET ASIDE DEFAULT JUDGMENT, OR IN THE ALTERNATIVE FOR CLARIFICATION**<br><br>Orig Hearing Date:  April 17, 2019<br>Orig Hearing Time:   2:00 p.m.<br><br>New Hearing Date:  May 13, 2019<br>New Hearing Time:    2:00 p.m.<br>Judge: Hon. Gary Spraker |

1  **NOTICE IS HEREBY GIVEN** that a **MOTION TO SET ASIDE DEFAULT**
2  **JUDGMENT, OR IN THE ALTERNATIVE FOR CLARIFICATION** was filed on March 18,
3  2019 (Dkt. #30), by defendant Sheriff of County of Santa Clara.  The Motion requests that the
4  Court set aside the default judgment entered against Defendants Estate of Eric Kitchen, Kimberly
5  Klotz, and Wayne Catlett, or in the alternative, require the Trustee to obtain and file with this Court
6  Defendant Kenneth Conetto's signed stipulation stating that he has no legal interest or entitlement
7  to the Santa Clara Emerald currently in the possession of the Sheriff of County of Santa Clara.

8  **NOTICE IS FURTHER GIVEN** that if you want the court to consider your views on the
9  Motion, then you must file an opposition with the court, and serve a copy on the person making the
10  Motion *no later than 14 days* preceding the hearing date of the motion, unless an exception applies
11  (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts
12  and legal authority, and be supported by affidavits or declarations that conform to Local Rule
13  9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.
>
> The Court may *rule against you* without formally calling the matter at the hearing.

21  **NOTICE IS FURTHER GIVEN** that the hearing on the said Motion, originally scheduled
22  for April 17, 2019, at 2:00 p.m. before the Honorable Bruce T. Beesley, has been rescheduled to a
23  hearing date for the Honorable Gary Spraker and will be held in the Clifton Young Federal
24  Building, 300 Booth Street, Fifth Floor, Bankruptcy Courtroom No. 2, Reno, Nevada 89509 on
25  **May 13, 2019 at the hour of 2:00 p.m.**

26          DATED this 3rd day of April, 2019.      KAEMPFER CROWELL

27                                                  By: /s/ Louis M. Bubala III
28                                                  LOUIS M. BUBALA III, ESQ.
                                                    Attorneys for Sheriff of County of Santa Clara

# CERTIFICATE OF SERVICE

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18 and not a party to the above-referenced case, and that on April 3, 2019 I filed and served the foregoing **AMENDED NOTICE OF HEARING ON MOTION BY TO SET ASIDE DEFAULT JUDGMENT, OR IN THE ALTERNATIVE, FOR CLARIFICATION** as indicated:

__X__  **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:
- Jeffrey L. Hartman:  notices@bankruptcyreno.com; abg@bankrutcyreno.com
- Jeri Coppa-Knudson:  renobktrustee@gmail.com, jcoppaknudson@ecf.epiqsystems.com
- Phillip K. Wang on behalf of Defendant Sheriff of Santa Clara County: phillip.wang@rimonlaw.com, tad.prizant@rimonlaw.com

__X__  **BY MAIL**: by placing the document listed above in a sealed envelope with Postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on April 3, 2019, with postage thereon fully prepaid in the ordinary course of business.

Wayne Catlett
PO Box 5692
Santa Barbara, CA  93150-0647

Kenneth Conetto
3637 Snell Avenue, Sp. 51
San Jose, CA  95136-1316

I declare under penalty of perjury that the foregoing is true and correct.

DATED:   April 3, 2019

/s/   Merrilyn Marsh
An Employee of KAEMPFER CROWELL