Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.   BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.   BK-N-14-50331-BTB (Jointly Administered) |
| AT EMERALD, LLC, | CHAPTER   7 |
| Debtors. | |
| _____/ | |
| JERI COPPA-KNUDSON, TRUSTEE, | ADV. PROC. NO. 17-05005-BTB |
| Plaintiff, | |
| vs. | **STIPULATION TO DECLARATORY DETERMINATION** |
| KENNETH CONETTO, ESTATE OF ERIC KITCHEN, KIMBERLY KLOTZ, WAYNE CATLETT and SHERIFF OF SANTA CLARA COUNTY, | **(No Hearing Required)** |
| Defendants. | |
| _____/ | |

Chapter 7 Trustee Jeri Coppa-Knudson ("Plaintiff"), and Defendant Kenneth Conetto

("Conetto"), stipulate and agree as follows:

1. Conetto acknowledges having received service of process. Proof of service is on file with this Court.

2. Conetto has not filed an answer in this adversary proceeding,

3. Conetto claims no interest in the emerald which is the subject of this proceeding (and as litigated in Santa Clara County Superior Court, Case No. 2012-1-CV-216322) and agrees to entry of a declaratory determination by this Court that the Bankruptcy Estate of the jointly administered cases of Thomas and AT Emerald has exclusive title to the emerald currently held by the Santa Clara Sheriff.

**IT IS HEREBY STIPULATED AND AGREED** that

Conetto consents to entry of a declaratory determination that Plaintiff, as the representative of the jointly administered bankruptcy estates, has exclusive title to the emerald currently held by the Sheriff of Santa Clara County, California.

**HARTMAN & HARTMAN**

/S/ Jeffrey L. Hartman
Jeffrey L. Hartman, Esq. For
Jeri Coppa-Knudson, Trustee


_____  5/2/19
Kenneth Conetto, Defendant

Hartman & Hartman
510 West Plumb Lane, Ste
B
Reno, Nevada 89509
(775) 324-2800

2