Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | CASE NO.   BK-N-14-50333-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | CASE NO.   BK-N-14-50331-BTB (Jointly Administered) |
| AT EMERALD, LLC, | CHAPTER   7 |
| Debtors.                                    / | |
| JERI COPPA-KNUDSON, TRUSTEE, | ADV. PROC. NO. 17-05005-BTB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| KENNETH CONETTO, ESTATE OF ERIC KITCHEN, KIMBERLY KLOTZ, WAYNE CATLETT and SHERIFF OF SANTA CLARA COUNTY, | **(No Hearing Required)** |
| Defendants.                              / | |

    I certify that I am an employee of Hartman & Hartman, and that on May 6, 2019, I caused to be served the following document(s):

**STIPULATION TO DECLARATORY DETERMINATION**

    I caused to be served the above-named document(s) as indicated below:

    ✔  a.   Via ECF, to

        LOUIS M. BUBALA, III
        lbubala@kcnvlaw.com, mmarsh@kcnvlaw.com;cbrimm@kcnvlaw.com

        JERI COPPA-KNUDSON
        renobktrustee@gmail.com, jcoppaknudson@ecf.axosfs.com

1  JEFFREY L HARTMAN
   notices@bankruptcyreno.com, abg@bankruptcyreno.com
2
   PHILLIP K. WANG
3  phillip.wang@rimonlaw.com, tad.prizant@rimonlaw.com

4  ✔  b.   Via direct email to

5     Dawna Cilluffo @ Dawna@dclawcorp.com

6  Dated: May 6, 2019.

7                              /S/ Angie Gerbig
                               Angie Gerbig
8