1

2

_____
Honorable Gary Spraker
United States Bankruptcy Judge

3

4

Entered on Docket
June 05, 2019

5

6    LOUIS M. BUBALA III, ESQ.                                    *Electronically Lodged*
     Nevada State Bar No. 8974                                        *June 5, 2019*
7    KAEMPFER CROWELL
     50 W. Liberty Street, Suite 700
8    Reno, Nevada   89501
     Telephone:  775.852.3900
9    Facsimile:  775.327.2011
     Email:   lbubala@kcnvlaw.com
10
     Phillip K. Wang (SBN 186712)
11   RIMON, P.C.
     One Embarcadero Center, Suite 400
12   San Francisco, California 94111
     Telephone: (415) 968-2002
13   Facsimile: (415) 968-2002
     Email:  phillip.wang@rimonlaw.com
14
     Attorneys for Defendant
15   SHERIFF OF COUNTY OF SANTA CLARA

16

17

18                    UNITED STATES BANKRUPTCY COURT

19                           DISTRICT OF NEVADA

20

21   In Re:

22   ANTHONY THOMAS and WENDI          Case No. BK-N-14-50333-gs (LEAD)
     THOMAS,

23   AT EMERALD, LLC,                  Case No. BK-N-14-50331-gs
                                       (Jointly Administered)
24            Debtors.
                                       Chapter 7
25

26

27

28
                                              ADV. PROC. NO. 17-05005-gs

         ORDER RE MOTION TO SET ASIDE DEFAULT

1   JERI COPPA-KNUDSON,

2          Plaintiff,

3   vs.

4   KENNETH CONETTO, ESTATE OF ERIC
    KITCHEN, KIMBERLY KLOTZ, WAYNE
5   CATLETT and SHERIFF OF SANTA
    CLARA COUNTY,
6
           Defendants.
7

Adv. Proc. No. 17-05005-gs

**ORDER RE MOTION TO SET ASIDE
DEFAULT JUDGMENT OR FOR
CLARIFICATION**

Hearing Date:   May 13, 2019
Hearing Time:   2:00 p.m.
Judge:          Hon. Gary Spraker

8          On March 18, 2019, defendant Sheriff of County of Santa Clara ("County") filed its Motion

9   to Set Aside Default Judgment or for Clarification (Motion, Dkt. #30).  No opposition was filed.

10  The trustee/plaintiff ("Trustee") filed a Stipulation to Declaratory Determination signed by

11  defendant Kenneth Conetto ("Conetto") on May 6, 2019 (Stipulation, Dkt. #43).  The matter was

12  called as scheduled on May 13, 2019, the Hon. Gary Spraker presiding.  Phillip K. Wang, Esq. of

13  Rimon PC, and Louis M. Bubala III, Esq., of Kaempfer Crowell appeared on behalf of the County.

14  Jeffrey L. Hartman, Esq., of Hartman and Hartman appeared on behalf of the Trustee.

15         The Court having reviewed the papers and pleadings on file, being familiar with and taken

16  judicial notice of the matters in the bankruptcy case, and considering the argument presented at the

17  hearing and based on the record in this case, the findings of fact and conclusions of law set forth

18  and stated on the record at the hearing pursuant to Bankruptcy Rules 9014 and 7052, and good

19  cause appearing,

20         This adversary proceeding concerns the rights to what is known as the "Santa Clara

21  Emerald," currently in possession of the County.  The Court finds that any error in the entry of

22  default judgment in this adversary proceeding was harmless because (1) in the Stipulation filed by

23  the Trustee, Conetto claims no interest in the Santa Clara Emerald, and Conetto agrees to entry of a

24  declaratory determination that the bankruptcy estates of the jointly administered cases of Anthony

25  and Wendi Thomas and AT Emerald, LLC, have exclusive title to the Santa Clara Emerald held by

26  the County; and (2) the County claims no interest in the Santa Clara Emerald.

27

28

The Court further finds that the bankruptcy estates of the jointly administered cases of Anthony and Wendi Thomas and AT Emerald, LLC, have exclusive title to the Santa Clara Emerald currently in possession of the County.

**For all the foregoing reasons, the Court ORDERS** that the County's Motion is DENIED.

**The Court also ORDERS** the following instructions for turnover of the Santa Clara Emerald to the Trustee for the bankruptcy estates of the jointly administered cases of Anthony and Wendi Thomas and AT Emerald, LLC:

1. The County and Trustee shall coordinate a mutually agreeable date and time for the Trustee, or an authorized representative, to take physical possession of the Santa Clara Emerald.

2. The Trustee shall obtain physical possession of the Santa Clara Emerald from the County where it is currently stored or as otherwise designated by the County.

3. The Trustee shall present identification documents as required by the County and shall sign such documentation as required by the County to take physical possession of the Santa Clara Emerald.

4. All risk of loss of the Santa Clara Emerald shall pass to the Trustee upon Trustee taking physical possession of the Santa Clara Emerald.

**The Court further ORDERS** that before submitting this order to the Court for issuance, the County shall serve a copy of this proposed order on Conetto or his attorney, Dawna J. Cilluffo, Esq. (via e-mail to dawna@dclawcorp.com), and shall provide defendant Conetto with three business days to object to the proposed order in writing to the County and  an additional two business days, if so desired, to file an objection with the Court as provided for under Local Rule 9021(b).

**IT IS SO ORDERED.**

Prepared by:  KAEMPFER CROWELL

*/s/ Louis M. Bubala III*
Louis M. Bubala III, Esq.,
Counsel for Sheriff of County of Santa Clara
May 17, 2019

**Local Rule 9021 Certification**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___    The court has waived the requirement set forth in LR 9021(b)(1).
___    No party appeared at the hearing or filed an objection to the motion.

_X_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| | | |
|---|---|---|
| Jeff Hartman, Plaintiff's Counsel | Via E-mail, 5/17/19 | **Approved**/~~Disapproved~~/~~No Response~~ |
| Kenneth Conetto, Defendant | Via Overnight 5/28/19 (FedEx Delivery 5/29/19) to 3637 Snell Avenue, Space 51 San Jose, CA 95136-1316 | ~~Approved~~/~~Disapproved~~/**No Response** |
| Kenneth Conetto, via his counsel Dawna J. Cilluffo, Esq. | Via E-mail, 5/28/19 dawna@dclawcorp.com | ~~Approved~~/~~Disapproved~~/**No Response** |

___    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

KAEMPFER CROWELL

_/s/ Louis M. Bubala III_
Louis M. Bubala III, Esq.,
Counsel for Sheriff of County of Santa Clara
June 5, 2019

# # #